Supreme Court
No. 2023-344-M.P.

In the Matter of James S. Lawrence.    :

**O R D E R**

On October 20, 2023, pursuant to Article III, Rule 13 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, the respondent, James S. Lawrence, filed an affidavit with the Disciplinary Board of the Supreme Court setting forth that he is aware that he is the subject of several investigations into professional misconduct. The respondent's affidavit sets forth that he freely and voluntarily consents to disbarment, and that he is fully aware of the implications of submitting his consent. On November 14, 2023, Disciplinary Counsel filed the respondent's affidavit with the Court.

Upon review of the respondent's affidavit, we deem that an order disbarring respondent is appropriate.

Accordingly, pursuant to Article III, Rule 13, it is hereby ordered, adjudged and decreed that the respondent, James S. Lawrence, be and is hereby disbarred on consent from engaging in the practice of law.

The respondent is currently suspended per an order of this Court issued on April 20, 2023. We prohibit the respondent from having any contact with clients

about their cases, and direct the respondent, within ten days after the effective date of this disbarment order, to surrender to Disciplinary Counsel a full electronic copy of his client files with sufficient password and/or account access information to allow Disciplinary Counsel to access all client records in his possession.

The respondent shall be held in contempt of Court if he fails to comply with the terms of this Order.

Justice Robinson did not participate.

Entered as an Order of this Court this 4th day of December 2023.

By Order,

/s/ *Meredith A. Benoit*
Clerk

.



**STATE OF RHODE ISLAND**

**SUPREME COURT – CLERK'S OFFICE**
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

**ORDER COVER SHEET**

| | | |
|---|---|---|
| **Title of Case** | In the Matter of James S. Lawrence. | |
| **Case Number** | No. 2023-344-M.P. | |
| **Date Order Filed** | December 4, 2023 | |
| **Justices** | Suttell, C.J., Goldberg, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>William C. Dimitri, Esq. | |